IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AMERICAN TRUST & SAVINGS BANK,

                                              ORDER

                Plaintiff,

                                    09-cv-474-bbc

     v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,
BREMSER, SCHOMMER & MCHUGH, CPA'S, LLC and
BREMSER GROUP, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On January 6, 2010, I dismissed plaintiff American Trust & Savings Bank's strict responsibility claim against defendants Philadelphia Indemnity Insurance Company, Bremser, Schommer & McHugh CPA's, LLC and Bremser Group, Inc. Also, I gave plaintiff until January 19, 2010 to file a sur-reply in which it explains why its breach of fiduciary duty claim should not be dismissed as untimely under Wis. Stat. § 893.57. Plaintiff has filed a letter with the court indicating that it no longer opposes defendants' pending motion to dismiss and will not file a sur-reply. Dkt. #24. Therefore, I will grant defendants' motion to dismiss plaintiff's breach of fiduciary duty claim.

1

ORDER

IT IS ORDERED that the motion to dismiss filed by defendants Philadelphia Indemnity Insurance Company, Bremser, Schommer & McHugh CPA's, LLC and Bremser Group, Inc., dkt. #6, is GRANTED.  Plaintiff American Trust & Savings Bank's claim for breach of fiduciary duty is DISMISSED.

Entered this 26th day of January, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2