IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMERICAN TRUST & SAVINGS BANK, | ORDER |
| Plaintiff, | 09-cv-474-wmc |
| v. | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, BREMSER, SCHOMMER & MCHUGH, CPA'S, LLC and BREMSER GROUP, INC., | |
| Defendants. | |

On or before 4:30 pm on Thursday, September 30, the parties shall serve and file written objections to the opposing side's exhibit list. Each side shall then bring to the Final Pretrial Conference on October 1 at 2:00 p.m. copies of any contested exhibits for opposing counsel and the court.

Entered this 28th day of September, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge